IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA MASON,

    Plaintiff,

No. C 11-00464 JSW

  v.

KRAGEN AUTO PARTS,

**ORDER TO SHOW CAUSE**

    Defendant.
_____/

       On January 3, 2011, Plaintiff Barbara Mason, appearing pro se, filed a complaint in the Superior Court for the County of Alameda against Defendant Kragen Auto Parts. Defendant CSK Auto, Inc. d/b/a Kragen Auto Parts removed the action to this Court on January 31, 2011. Defendant has filed a motion to dismiss all causes of action in the complaint and noticed the motion for hearing on March 18, 2011. Plaintiff's opposition brief or statement of non-opposition was due by February 25, 2011. Plaintiff has not filed any opposition or response to the motion to dismiss.

       Plaintiff Barbara Mason is HEREBY ORDERED TO SHOW CAUSE in writing, by March 31, 2011, why the motion to dismiss pending against her should not be granted in light of Plaintiff's failure to file a timely opposition or statement of non-opposition. Plaintiff's failure to file a timely response to this show cause Order will result in a dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

1 | In light of the foregoing, the March 18, 2011 hearing on Defendant's motion to dismiss
2 | is VACATED. The hearing will be reset by the Court in a separate order if necessary.

4 | **IT IS SO ORDERED.**

6 | Dated: March 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE