IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MASON,<br><br>    Plaintiff,<br><br>  v.<br><br>KRAGEN AUTO PARTS,<br><br>    Defendant.<br>_____/ | No. C 11-00464 JSW<br><br>**ORDER RENEWING BRIEFING ON DEFENDANT'S MOTION TO DISMISS** |

On March 9, 2011, the Court issued an Order to Show Cause why the motion to dismiss should not be granted in light of Plaintiff's failure to file a timely opposition or statement of non-opposition. Plaintiff filed an opposition to the motion to dismiss on March 31, 2011. Liberally construing the opposition as a response to the show cause Order, the Court hereby discharges the Order to Show Cause.

Defendant may file a reply to Plaintiff's opposition to the motion to dismiss by April 22, 2011. The matter will be deemed submitted on the papers as of that date. No hearing on the motion to dismiss will be held unless the Court issues a notice of hearing.

\\
\\
\\
\\

The case management conference currently set for May 13, 2011, is hereby VACATED. The Court will determine the date of the case management conference, if necessary, in the order ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BARBARA MASON,

        Plaintiff,

  v.

KRAGEN AUTO PARTS et al,

        Defendant.

Case Number: CV11-00464 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Mason
P.O. Box 285
Oakland, CA 94604-0285

Dated: April 15, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk