Jacob M. Zuniga (SBN 229240)
HAWKINS PARNELL THACKSTON & YOUNG LLP
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
Telephone: (213) 486-8000
Facsimile: (213) 486-8080

Ronald G. Polly, Jr. (Georgia Bar No. 583264)
(***to be admitted pro hac vice***)
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500

Attorneys for Defendant
CSK Auto, Inc. d/b/a Kragen Auto Parts

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BARBARA MASON,<br><br>Plaintiff,<br><br>v.<br><br>KRAGEN AUTO PARTS, and DOES 1-4,<br><br>Defendants. | Case No. 3:11-cv-00464-JSW<br>*Assigned to Hon. Jeffrey S. White*<br>*Courtroom 11 – 19th Floor*<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>(Alameda County Superior Court, Case No. RG11554035) |
|---|---|

WHEREAS, the Court set a Case Management Conference in the above-captioned matter on September 9, 2011; and

WHEREAS, Defendant CSK Auto, Inc. d/b/a Kragen Auto Parts, improperly identified as Kragen Auto Parts ("Defendant") filed a Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") and set the hearing on September 30, 2011; and

WHEREAS, Plaintiff Barbara Mason and Defendant have met, conferred, and agreed to continue the Case Management Conference to October 28, 2011, in order to provide the Court time to rule on Defendant's Motion.

///

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

THEREFORE, subject to the Court's approval, the parties stipulate as follows:

Plaintiff BARBARA MASON and Defendant CSK AUTO, INC., hereby stipulate that the Case Management Conference currently set on September 9, 2011 in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, be continued to October 28, 2011, at 1:30 p.m. or as soon thereafter as the matter may be heard.

Respectfully submitted this 16th day of August, 2011.

/s/ Barbara Mason
Barbara Mason, *In Pro Per*
P.O. Box 285
Oakland, CA 94604
Telephone:  (510) 658-5344

/s/ Jacob M. Zuniga
Jacob M. Zuniga (SBN 229240)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
444 South Flower Street, Suite 1100
Los Angeles, CA  90071
Telephone:  (213) 486-8000
Facsimile:   (213) 486-8080

*Attorneys for Defendant*
CSK Auto, Inc. d/b/a Kragen Auto Parts

**THE PARTIES HAVING SO STIPULATED**, the Court hereby enters and approves their stipulation as the Order of this Court.  The Case Management Conference is hereby continued to October 28, 2011, at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  The parties must file a case management statement by October 21, 2011, pursuant to the Court's Civil Standing Orders.

**SO ORDERED,** this ____ day of August, 2011.

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

HAWKINS, PARNELL
THACKSTON & YOUNG, LLP
444 SOUTH FLOWER STREET
SUITE 1100
LOS ANGELES, CA  90071

- 2 -

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**