IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA MASON,

    Plaintiff,

v.

KRAGEN AUTO PARTS,

    Defendant.

No. C 11-00464 JSW

**SECOND ORDER TO SHOW CAUSE**

This matter is set for a hearing on April 6, 2012 on the motion to dismiss filed by Defendant CSK Auto, Inc. d/b/a Kragen Auto Parts ("Defendant"). Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to this motion was due to be filed and served by December 1, 2011. To date, Plaintiff have not filed an opposition or statement of non-opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by **March 20, 2012**, why the pending motion to dismiss should not be granted in light of her failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Defendant's motion, Plaintiff must demonstrate good cause for failing to file her opposition brief in a timely fashion. In her response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that her failure to respond this Order by **March 20, 2012**, will result in a dismissal of this action.

If Plaintiff seeks to file a substantive response to Defendant's motion and demonstrates good cause for her delay, the Court will provide Defendant an opportunity to file a reply brief.

**IT IS SO ORDERED.**

Dated: March 7, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BARBARA MASON,

    Plaintiff,

  v.

KRAGEN AUTO PARTS et al,

    Defendant.

Case Number: CV11-00464 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Mason
P.O. Box 285
Oakland, CA 94604-0285

Dated: March 7, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk