IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA MASON,

    Plaintiff,

v.

KRAGEN AUTO PARTS,

    Defendant.

    No. C 11-00464 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court has received Plaintiff's response to the Court's Order to Show Cause ("OSC"). The Court HEREBY DISCHARGES the OSC and CONTINUES Plaintiff's time to file an opposition to the motion to dismiss to **March 29, 2012**. Defendant may file a reply by no later than April 6, 2012. The Court CONTINUES the hearing on Defendant's motion to dismiss to **April 27, 2012** at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: March 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MASON,<br><br>    Plaintiff,<br><br> v.<br><br>KRAGEN AUTO PARTS et al,<br><br>    Defendant._____/ | Case Number: CV11-00464 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Mason
P.O. Box 285
Oakland, CA 94604-0285

Dated: March 22, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk